# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SEMANTIC SEARCH TECHNOLOGIES LLC,** | |
| Plaintiff, | Case No. 6:16-cv-1058 |
| v. | **LEAD CASE** |
| **ALDO U.S., INC.,** *et al.*, | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff Semantic Search Technologies LLC ("Semantic Search") hereby notifies the Court that the contact information for Craig Tadlock, counsel for Semantic Search, has been changed to:

> Tadlock Law Firm PLLC
> 1900 Preston Road, Suite 267
> PMB 271
> Plano, Texas 75093
> (903) 730-6789
> craig@tadlocklawfirm.com

Dated: August 1, 2018

Respectfully submitted,

 */s/ Craig Tadlock*
Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
1900 Preston Road, Suite 267
PMB 271
Plano, TX 75093
Telephone: (903) 730-6789
Email: craig@tadlocklawfirm.com

*Attorney for Plaintiff Semantic Search Technologies LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 1, 2018.

                                          */s/ Craig Tadlock*
                                          Craig Tadlock